549 Pa. 571 (1997)
701 A.2d 1356
COMMONWEALTH of Pennsylvania
v.
Cynthia HUNTER, Appellant.
Supreme Court of Pennsylvania.
Argued October 23, 1997.
Decided November 13, 1997.
*572 David B. Keeffe, Sayre, for Appellee.
Robert B. McGuinness, D.A., Stephen G. Downs, 1st Asst. D.A., for Appellee.
Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

ORDER
PER CURIAM:
Appeal dismissed as having been improvidently granted.